IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEAN ANN RANDOLPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03-CV-4152-JPG |
| | ) |
| THE VILLAGE OF OBLONG BOARD OF | ) |
| TRUSTEES; KEITH WALDROP; CAROLE | ) |
| JONES; SHERRY CATT; BILL HATCH; | ) |
| MYRL LITTLEJOHN; JACK GALLION; | ) |
| and BONNIE FINN; | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the Motion and Stipulation for Dismissal of Action With Prejudice as to All Parties (Doc. 13), which the Court construes as a stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The stipulation is signed by all parties who have appeared in this case.  Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice**, each party paying their own costs, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

Dated this 17th day of January, 2006.

s/ J. Phil Gilbert
**JUDGE**

1