```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                     SOUTHERN DISTRICT OF ILLINOIS
```

JEAN ANN RANDOLPH,                      )
                                        )
        Plaintiff,              )
                                        )
   vs.                                  )  No. 03-CV-4152-JPG
                                        )
THE VILLAGE OF OBLONG BOARD OF          )
TRUSTEES; KEITH WALDROP; CAROLE         )
JONES; SHERRY CATT; BILL HATCH;         )
MYRL LITTLEJOHN; JACK GALLION;          )
and BONNIE FINN;                        )
                                        )
        Defendants.             )

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                      **NORBERT JAWORSKI**

**Dated: January 17, 2006**              s/ Judith Prock, Deputy Clerk


**Approved:** s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**